126

THE STATE OF OHIO, APPELLEE, *v.* ROUX, APPELLANT.

[Cite as *State v. Roux,* 105 Ohio St.3d 126, 2005-Ohio-783.]

(Nos. 2003–1886 and 2003–1887—Submitted February
16, 2005—Decided March 16, 2005.)

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. White,* 103 Ohio St.3d 580, 2004-Ohio-5989, 817 N.E.2d 393.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

_____

Frank Pierce, Belmont County Prosecuting Attorney, and Thomas M. Ryncarz, Assistant Prosecuting Attorney, for appellee.

David H. Bodiker, State Public Defender, and Alison M. Clark, Assistant Public Defender, for appellant.